UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **EDWARD J. BARR,** : | **CIVIL ACTION NO. 3:12-0132** |
| **Plaintiff** : | |
| v. : | **(JUDGE MANNION)** |
| **ALEXIS L. BARBIERI, et al.,** : | |
| **Defendants** : | |

## **O R D E R**

In light of the memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

**(1)** the report and recommendation of Judge Schwab, **(Doc. No. 39)**, is **ADOPTED IN ITS ENTIRETY**;

**(2)** the defendants' motion to dismiss the plaintiff's amended complaint, **(Doc. No. 32)**, is **GRANTED**; and

**(3)** the Clerk of Court is directed to close this case.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date: January 14, 2014**
O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2012 MEMORANDA\12-0132-02-ORDER.wpd